**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: M.A.W., A MINOR   :   No. 505 MAL 2018

  : 

  : 

PETITION OF: J.W., MOTHER   :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.